| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MANUEL RAMIREZ-OROPEZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No. 6:16-mj-00041-MJS
                            )
            Plaintiff,      )   **MOTION TO VACATE MAY 23, 2017**
                            )   **REVIEW HEARING; ORDER**
    vs.                     )
                            )
MANUEL RAMIREZ-OROPEZA,     )
                            )
            Defendant.      )

Defendant MANUEL RAMIREZ-OROPEZA hereby requests that the Court vacate the May 23, 2017 review hearing. The government is in agreement with the request.

On June 28, 2016, the Court sentenced Mr. Ramirez-Orozepa to twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. He was also ordered to pay an $840.00 fine and to pay a $10.00 penalty assessment.

Mr. Ramirez-Orozepa has paid the entire amount of his fine and his penalty assessment.

Accordingly, Mr. Ramirez-Orozepa has complied with all conditions of his probation, and he hereby requests that his May 23, 2017 review hearing be vacated.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: May 18, 2017            */s/ Reed Grantham*  
                              REED GRANTHAM  
                              Assistant Federal Defender  
                              Attorney for Defendant  
                              MANUEL RAMIREZ-OROPEZA

# **O R D E R**

Based on the parties' joint representation that Mr. Ramirez-Orozepa is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for May 23, 2017, at 10:00 a.m., in case number 6:16-mj-00041-MJS.

IT IS SO ORDERED.

Dated:   May 18, 2017              /s/ *Michael J. Seng*  
                                   UNITED STATES MAGISTRATE JUDGE